IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CV-536-FL

UNITED STATES OF AMERICA, )
)
Plaintiff, )
) **ORDER LIFTING STAY OF**
v. ) **CIVIL FORFEITURE**
) **PROCEEDINGS**
$18,450.00 IN U.S. CURRENCY, )
$65,650.00 IN U.S. CURRENCY, )
$29,655.00 IN U.S. CURRENCY, )
$106,740.00 IN U.S. CURRENCY, and )
$64,480.00 IN U.S. CURRENCY, )
)
Defendants. )

On the Motion of the plaintiff and for good cause shown, it is hereby ORDERED

that the stay is lifted in the instant civil forfeiture action. The Clerk is DIRECTED to

issue the Warrant of Arrest *In Rem*.

SO ORDERED. This 24th day of November, 2020.


LOUISE W. FLANAGAN
United States District Judge

1