IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CV-536-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>$18,450.00 IN U.S. CURRENCY, )<br>$65,650.00 IN U.S. CURRENCY, )<br>$29,655.00 IN U.S. CURRENCY, )<br>$106,740.00 IN U.S. CURRENCY, and )<br>$64,480.00 IN U.S. CURRENCY, )<br>)<br>Defendants. ) | **ORDER UNSEALING<br>CIVIL FORFEITURE CASE<br>AND ALLOWING THE<br>CONTINUED SEALING OF<br>CERTAIN DOCUMENTS** |

On the Motion of the plaintiff and for good cause shown, it is hereby ORDERED that the instant civil forfeiture case be unsealed.

November 25, 2019 Complaint for Forfeiture *In Rem* [DE-1]; the Civil Cover Sheet [DE-1-2]; the Notice of Appearance [DE-4]; the August 11, 2020 Amended Complaint for Forfeiture *In Rem* [DE-11]; and the Notice Requesting Clerk to Issue Warrant of Arrest *In Rem* and Proposed Warrant of Arrest and Notice *In Rem* [DE-12] are to be unsealed.

Further, certain documents and their exhibits/attachments filed by the United States during the course of this case remain *under seal* at this time, specifically, the Declaration of Matthew T. Greer accompanying the Complaint for Forfeiture *in Rem* as Exhibit A [DE-1-1]; the Declaration of Matthew T. Greer accompanying the

1

Amended Complaint for Forfeiture *in Rem* as Exhibit A [DE-11-1]; and, all previously filed sealed or *ex parte* motions and orders filed at DE-2, DE-3, DE-5, DE-6, DE-7, DE-8, DE-9, DE-10, DE-13, and DE-14.

SO ORDERED. This  24th  day of November, 2020.

*Louise V. Flanagan*
LOUISE W. FLANAGAN
United States District Judge