IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CV-00536-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ENTRY OF DEFAULT** |
| | ) | |
| $18,450.00 IN U.S. CURRENCY, | ) | |
| $65,650.00 IN U.S. CURRENCY, | ) | |
| $29,655.00 IN U.S. CURRENCY, | ) | |
| $106,740.00 IN U.S. CURRENCY, and | ) | |
| $64,480.00 IN U.S. CURRENCY | ) | |
| | ) | |
| Defendants. | ) | |

Upon motion, request, and proper showing by the United States of America, default is hereby entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against the defendants, $18,450.00 in U.S. Currency, $65,650.00 in U.S. Currency, $29,655.00 in U.S. Currency, $106,740.00 in U.S. Currency and $64,480.00 in U.S. Currency on account of the failure of Ruddy Reynoso; Danny Adames; Issam Ali Ahmad; EAN Holdings, LLC; Yudelkys Guzman; Luis Pascual Feliz; Francisco Alberto Ceballos-Baez; Juan Francisco Leyba, Amaury T. Espinal Gomez, Vidal De Jesus Vargus and Patricio A. Acosta-Ortiz and any other potential claimant to properly plead or otherwise defend within the time required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

This the 12 day of April, 2021.

_____
PETER A. MOORE, JR., Clerk
U. S. District Court
Eastern District of North Carolina