IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CV-00536-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFAULT JUDGMENT OF** |
| | ) | **FORFEITURE** |
| | ) | (FED. R. CIV. P. 55) |
| $18,450.00 IN U.S. CURRENCY, | ) | |
| $65,650.00 IN U.S. CURRENCY, | ) | |
| $29,655.00 IN U.S. CURRENCY, | ) | |
| $106,740.00 IN U.S. CURRENCY, and | ) | |
| $64,480.00 IN U.S. CURRENCY | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff United States of America's Motion for Default Judgment against the Defendants. It appears from the record that Plaintiff provided direct notice of this *in rem* forfeiture matter to known claimants, including through counsel where applicable, and separately published the requisite notice on an official internet government forfeiture site in accordance with Supplemental Rule G(4) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture (the "Supplemental Rules"). Accordingly, with due notice having been provided by the United States as required under the Supplemental Rules, the Court finds that:

1. Process was duly issued in this cause and the Defendants were duly seized by the Drug Enforcement Administration pursuant to said process;

2. No person has filed any claim to the Defendants nor answer to the Plaintiff's Complaint within the time fixed by law and in accordance with the requirements of the Supplemental Rules;

3. On April 12, 2021, this Court entered Default in this action at Docket Entry 29; and

4. The well-pled allegations of the Complaint in respect to the Defendants are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the Defendants;

2. All persons claiming any right, title, or interest in or to the said Defendants are held in Default;

3. The Defendants are forfeited to the United States of America;

4. The United States Marshals Service is hereby directed to dispose of the Defendant according to law; and

5. Upon the entry of this judgment, the Clerk of Court is DIRECTED to close this case.

SO ORDERED this 20 day of April, 2021.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE